United States District Court
Southern District of Texas
**ENTERED**
June 12, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BRIAN WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-130 |
| | § | |
| INDIANA MILLS & MANUFACTURING INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order on Plaintiff and Defendant IMMI's Unopposed Partial Motion to Dismiss with Prejudice (D.E. 26) and the Court's Order on Joint Motion to Dismiss with Prejudice (D.E. 41), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 12th day of June, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE